IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDA TREVINO, Individually and as Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased, and as Next Friend of SARA RENE TREVINO and ANGELA KRISTIN TREVINO, minors,<br><br>        Plaintiffs,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC., U-HAUL COMPANY OF ARIZONA, INC., U-HAUL COMPANY OF FLORIDA, INC., U-HAUL LEASING AND SALES, CO., U-HAUL COMPANY OF OREGON, U-HAUL COMPANY OF NORTH CAROLINA, GENERAL MOTORS CORPORATION, and JEFFREY CROOK, as Special Administrator of the Estate of WILLIAM GEARY, deceased,<br><br>        Defendants. | Case No. 08-cv-2255<br><br>Judge Gettleman |

**DEFENDANT U-HAUL CO. OF ILLINOIS, INC.'S
MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendant U-Haul Co. of Illinois, Inc. ("U-Haul of Illinois"), by and through its undersigned counsel, hereby moves the Court to dismiss Plaintiffs' Second Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, and states as follows in support:

Dismissal of U-Haul of Illinois is appropriate in this matter because, contrary to Plaintiffs' allegations, this defendant did not own the subject vehicle or rent it to William Geary, did not perform any maintenance on the subject vehicle that could possibly be a proximate cause of this accident as alleged by Plaintiffs, and because it did not manufacture the vehicle.

74695.2                                                                 1

Plaintiffs have failed to state a claim for strict liability, negligence and willful and wanton negligence against U-Haul of Illinois under the Illinois Wrongful Death, Survival or Family Expense Acts, and their Second Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Defendant U-Haul Co. of Illinois, Inc. respectfully requests this Court grant its Motion and dismiss Plaintiffs' Second Complaint against it with prejudice, awarding costs and fees and such other and further relief as may be just and proper.

Dated: April 28, 2008                                   Respectfully submitted,

                                                        **U-HAUL CO. OF ILLINOIS, INC.**


                                                              s/ Dmitry Shifrin
                                                        George Jackson III, #6189680
                                                        Dmitry Shifrin, #6279415
                                                        BRYAN CAVE LLP
                                                        161 N. Clark St., Suite 4300
                                                        Chicago, IL 60601
                                                        (312) 602-5000
                                                        (312) 602-5060 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2008, a copy of the foregoing Motion to Dismiss was served via the Court's CM/ECF system to the following counsel:

Darren VanPuymbrouck
Renee C. Kelley
SCHIFF HARDIN
6600 Sears Tower
Chicago, IL 60606

James F. Perrin
Paula A. Wyatt
4825 Everhart Rd.
Corpus Christi, TX 78411

                                                s/ Dmitry Shifrin