# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IDA TREVINO, Individually and as Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased, and as Next Friend of SARA RENE TREVINO and ANGELA KRISTIN TREVINO, minors,<br><br>      Plaintiffs,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC., U-HAUL COMPANY OF ARIZONA, INC., U-HAUL COMPANY OF FLORIDA, INC., U-HAUL LEASING AND SALES, CO., U-HAUL COMPANY OF OREGON, U-HAUL COMPANY OF NORTH CAROLINA, GENERAL MOTORS CORPORATION, and JEFFREY CROOK, as Special Administrator of the Estate of WILLIAM GEARY, deceased,<br><br>      Defendants. | Case No. 08-cv-2255<br><br>Judge Gettleman |

## NOTICE OF MOTION

TO:    See attached service list

PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Gettleman, or any judge sitting in his stead, in Room 1703 of the U.S. Dist. Court for the Northern Dist. of Illinois, Eastern Division, and then and there present Defendant U-Haul Company of Illinois, Inc.'s Motion to Dismiss Plaintiff's Complaint, a copy of which is attached hereto and served upon you herewith.

Dated: April 28, 2008

Respectfully submitted,

**U-HAUL CO. OF ILLINOIS, INC.**

       s/ Dmitry Shifrin
George Jackson III, #6189680
Dmitry Shifrin, #6279415

BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
(312) 602-5000
(312) 602-5060 (fax)

Case 1:08-cv-02255   Document 9   Filed 04/28/2008   Page 2 of 3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of April, 2008, a copy of the foregoing Notice of Motion to Dismiss was served via the Court's CM/ECF system to the following counsel:

Darren VanPuymbrouck
Renee C. Kelley
SCHIFF HARDIN
6600 Sears Tower
Chicago, IL 60606

James F. Perrin
Paula A. Wyatt
4825 Everhart Rd.
Corpus Christi, TX 78411


                                              s/ Dmitry Shifrin