IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDA TREVINO, Individually and as Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased, and as Next Friend of SARA RENE TREVINO and ANGELA KRISTIN TREVINO, minors,<br><br>Plaintiffs,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC., U-HAUL COMPANY OF ARIZONA, INC., U-HAUL COMPANY OF FLORIDA, INC., U-HAUL LEASING AND SALES, CO., U-HAUL COMPANY OF OREGON, U-HAUL COMPANY OF NORTH CAROLINA, GENERAL MOTORS CORPORATION, and JEFFREY CROOK, as Special Administrator of the Estate of WILLIAM GEARY, deceased,<br><br>Defendants. | Case No. 08-cv-2255<br><br>Judge Gettleman |

**CERTAIN U-HAUL DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)**

Pursuant to Fed. R. Civ. P. 12(e), Defendants U-Haul Co. of Arizona, Inc.; U-Haul Co. of Florida, Inc.; U-Haul Co. of Oregon, Inc.; U-Haul Co. of North Carolina, Inc.; U-Haul International, Inc.; and U-Haul Leasing & Sales Co. (collectively referred to as the "U-Haul Defendants"), by and through their undersigned counsel, hereby move the Court to order Plaintiffs to submit a more definite statement of the allegations directed against each of the U-Haul Defendants in their Second Complaint.

As more fully set for in the accompanying Memorandum, Plaintiffs' claims run afoul of Rule 10(b), which requires that "[e]ach claim founded upon a separate transaction or

occurrence…shall be stated in a separate count." As a result, each U-Haul Defendant can more easily address Plaintiffs' allegations if, under Rule 12(e), they are separated into separate and particular claims against each individual defendant, attributing a particular activity to a particular defendant.

WHEREFORE, pursuant to Fed. R. Civ. P. 10(b) and 12(e), the U-Haul Defendants respectfully request the Court to require Plaintiffs to separate the allegations of the Second Complaint into separate and particular claims that attribute a particular activity to a particular U-Haul Defendant.

Dated: April 28, 2008                         Respectfully submitted,

**U-HAUL CO. OF ARIZONA, INC.**
**U-HAUL CO. OF FLORIDA, INC.**
**U-HAUL CO. OF OREGON, INC.**
**U-HAUL CO. OF N. CAROLINA, INC.**
**U-HAUL INTERNATIONAL, INC.**
**U-HAUL LEASING & SALES CO.**


              s/ Dmitry Shifrin
George Jackson III, #6189680
Dmitry Shifrin, #6279415
BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
(312) 602-5000
(312) 602-5060 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2008, a copy of the foregoing Motion for More Definite Statement was served via the Court's CM/ECF system to the following counsel:

Darren VanPuymbrouck
Renee C. Kelley
SCHIFF HARDIN
6600 Sears Tower
Chicago, IL 60606

James F. Perrin
Paula A. Wyatt
4825 Everhart Rd.
Corpus Christi, TX 78411

                                              s/ Dmitry Shifrin