## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IDA TREVINO, Individually and as** | ) | |
| **Special Administrator of the Estate of** | ) | |
| **GREGORIO TREVINO, JR., deceased** | ) | |
| **And as Next Friend of SARAH RENE** | ) | |
| **TREVINO and ANGELA KRISTIN** | ) | |
| **TREVINO, minors,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08 CV 2255** |
| | ) | |
| **U-HAUL COMPANY OF ILLINOIS, INC.,** | ) | **Judge Gettleman** |
| **U-HAUL INTERNATIONAL, INC.,** | ) | **Magistrate Judge Cole** |
| **U-HAUL COMPANY OF ARIZONA, INC.,** | ) | |
| **U-HAUL COMPANY OF FLORIDA, INC.,** | ) | |
| **U-HAUL LEASING & SALES CO.,** | ) | |
| **U-HAUL COMPANY OF OREGON,** | ) | |
| **U-HAUL COMPANY OF NORTH CAROLINA** | ) | |
| **GENERAL MOTORS CORPORATION, and** | ) | |
| **MECHELLE WALSH, as Special Administrator** | ) | |
| **Of The Estate of WILLIAM GEARY, deceased** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on Thursday, May 8, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Gettleman, or any Judge sitting in his stead, in Room 1703 of the U.S. District Courthouse for the Northern District of Illinois, Eastern Division, and then and there present Plaintiff's Motion to Remand and for Fees and Costs and Supporting Memorandum, a copy of which is attached hereto and served upon you herewith.

Dated:  April 29, 2008                         Respectfully submitted,

                                               By: /s/ Darren VanPuymbrouck _____

Darren VanPuymbrouck
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (fax)

OF COUNSEL:
James F. Perrin
State Bar No. 24027611
Paul A. Wyatt
State Bar No. 10541400
4825 Everhart Road
Corpus Christi, Texas 78411
Tel:  (361) 857-2727
Fax:  (361) 857-8783

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2008, a copy of the foregoing Plaintiff's

Motion to Remand and for Fees and Costs, and Supporting Memorandum was served via the

Court's CM/ECF system and on the 29th day of April, 2008, by U.S. Mail, to the following

counsel:


Dmitry Shifrin
BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
Attorney for Defendants:
U-Haul Company of Illinois, Inc.
U-Haul International, Inc.
U-Haul Company of Arizona, Inc.
U-Haul Company of Florida, Inc.
U-Haul Leasing & Sales Co.
U-Haul Company of Oregon, Inc.
U-Haul Company of North Carolina, Inc.

Peter F. Higgins
Lipkin & Higgins
222 N. LaSalle Street, Suite 2100
Chicago, IL 60601
Attorney for Jeffery Crook, as Special Administrator of the Estate of William Geary


/s/Darren VanPuymbrouck

Attorney for Plaintiff


CH1\5692590.1