## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Ida Trevino, et al.

                        Plaintiff,

v.                                              Case No.: 1:08−cv−02255
                                              Honorable Robert W. Gettleman

U−Haul Company of Illinois, Inc, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

     MINUTE entry before Judge Honorable Robert W. Gettleman: Defendants' motion [7] to dismiss, defendants' motion [10] for more definite statement, and plaintiff's motion [14] to remand and for fees are continued to 5/29/2008 at 9:15 a.m. Telephone notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.