U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08 C 2255
Ida Trevino,
v.
U-Haul Company of Illinois, Inc., et al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GENERAL MOTORS CORPORATION

| NAME (Type or print) |
| --- |
| Katharine N. Dunn |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Katharine N. Dunn |

| FIRM |
| --- |
| Dykema Gossett PLLC |

| STREET ADDRESS |
| --- |
| 10 S. Wacker Drive, Ste. 2300 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6282789 | 312-876-1700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

  I, Katharine N. Dunn, herby certify that on May 14, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system. Notification and a copy of such filing is sent through the CM/ECF system to counsel of record as set forth below.

Darren Van Puymbrouck
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

          By:  s/Katharine N. Dunn
             One of the Attorneys for General Motors Corporation
             DYKEMA GOSSETT PLLC
             10 South Wacker Drive, Suite 2300
             Chicago, Illinois 60606
             (312) 876-1700
             kdunn@dykema.com