U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 2255
Ida Trevino,
v.
U-Haul Company of Illinois, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GENERAL MOTORS CORPORATION

| | |
|---|---|
| NAME (Type or print) Katharine N. Dunn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Katharine N. Dunn | |
| FIRM Dykema Gossett PLLC | |
| STREET ADDRESS 10 S. Wacker Drive, Ste. 2300 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6282789 | TELEPHONE NUMBER 312-876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Katharine N. Dunn, herby certify that on May 14, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system. Notification and a copy of such filing is sent through the CM/ECF system to counsel of record as set forth below.

Darren Van Puymbrouck
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

By:     s/Katharine N. Dunn

One of the Attorneys for General Motors Corporation
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700
kdunn@dykema.com

CHICAGO\2449419.1
ID\KND