

# United States District Court
# Northern District of Illinois

In the Matter of

Ida Trevino

v.

U-Haul Company of Illinois, et al

Case No. 08 C 2255

Designated Magistrate Judge
Jeffrey Cole

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Robert W. Gettleman** to be related to **08 C 1409** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Robert Dow, Jr.

Dated: May 20, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert Dow, Jr.**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAY 2 0 2008

Finding of Relatedness (Rev. 9/99)